IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOREHEI K. PIERCE,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 8:25CV586<br><br>ORDER |

Upon review of Plaintiff's response (Filing No. 18), which the court construes as a second renewed motion for the appointment of counsel, the court finds good cause to grant the motion. It does so in the interest of judicial efficiency, due to Plaintiff's unsuccessful attempts to obtain counsel, *in forma pauperis* status, and his reassertions of ongoing medical and financial considerations.

    IT IS ORDERED:

    1)    Plaintiff's Motion for Appointment of Counsel is granted. (Filing No. 18).

    2)    With thanks for accepting the appointment, Attorney William J. Bianco and Bianco Stroh Law Firm are hereby appointed to represent Plaintiff Morehei K. Pierce.

    3)    Attorney Bianco and/or any other counsel from Bianco Stroh Law Firm are directed to promptly enter their appearance as counsel in this case.

    4)    Upon entry of counsel's appearance in CM/ECF, the Clerk of the Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the Bianco Stroh Law Firm.

5)     A second and last installment of $1,000 shall become due and payable to the Bianco Stroh Law Firm upon entry of judgment or other closing documents in this case.

6)     Upon entry of counsel's appearance, the Clerk of the Court shall regenerate notice of all filings in this case to provide Attorney Bianco with access to the documents.

7)     Subject to the prior approval of the court, counsel may incur reasonable expenses when representing Plaintiff in accordance with the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee. *See also* NEGenR 1.7(f) and NECivR 54.3-54.4.

8)     Should Plaintiff succeed and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

9)     For good cause, the court extends the deadlines set the General Order ([Filing No. 3](#)). Plaintiff's motion for order reversing the Commissioner's decision and supporting brief shall be filed on or before February 27, 2026.

10)     The Clerk is directed to send a copy of this Order to Plaintiff and Plaintiff's appointed counsel.

Dated this 23rd day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge